IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01019-WYD-BNB

DENNISE AGOSTINO, et al.,

Plaintiffs,

v.

QUEST DIAGNOSTICS, INC., et al.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Motion to Compel Production of Documents from Agency of Credit Control, Inc. Pursuant to a Subpoena *Duces Tecum* and Federal Rule 45 and Memorandum of Law In Support** [Doc. # 1, filed 5/15/2007] (the "Motion to Compel"); and

(2)     **Defendant Quest Diagnostics Incorporated's and Non-Party Agency of Credit Control, Inc.'s Motion for Extension With Respect to Plaintiffs' Motion to Compel the Production of Documents from Agency of Credit Control, Inc.** [Doc. # 4, filed 6/7/2007] (the "Motion for Extension").

The Motion for Extension, which is unopposed, requests that I defer briefing, hearing, and ruling on the Motion to Compel until after a ruling in the underlying case on the timing of discovery.

IT IS ORDERED that the Motion to Compel is DENIED without prejudice and may be renewed, if appropriate, after a ruling in the underlying case on the timing of discovery.

IT IS FURTHER ORDERED that the Motion for Extension is DENIED as moot.

IT IS FURTHER ORDERED that the hearing set for **June 20, 2007, at 3:00 p.m.**, is VACATED.

Dated June 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge